# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:08-cr-00016-MR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| | ) | |
| MATTHEW JAMES DURY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's "Motion to Dismiss Indictment Pursuant to the War Powers Act March 5, 1933 in this Article III Section II Clause I Admiralty Court as Defendant is Not a War Criminal" [Doc. 66].

In his Motion, the Defendant argues that his conviction is not valid because the United States has been "in marshal [sic] law/admiralty law since March 5, 1933," and the Defendant was not charged with a war crime. [Doc. 66 at 1]. The Defendant's argument is patently frivolous, and therefore his motion will be denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's "Motion to Dismiss Indictment Pursuant to the War Powers Act March 5, 1933 in this

Article III Section II Clause I Admiralty Court as Defendant is Not a War Criminal" [Doc. 66] is **DENIED**.

**IT IS SO ORDERED.**  Signed: May 13, 2016

Martin Reidinger
United States District Judge