# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:08-cr-00016-MR

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| **MATTHEW JAMES DURY,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Defendant's "Motion to Void Any Proceeding in this Case after November 9, 2007 as Unconstitutional …" [Doc. 106] and Defendant's Motion to Challenge Jurisdiction…" [Doc. 111].

The Defendant, yet again, challenges this Court's jurisdiction as a grounds to "void the proceedings" in this case. The Defendant's jurisdictional challenges have been repeatedly rejected by this Court [Docs. 34, 46, 87, 90, 104], as well as by the Fourth Circuit Court of Appeals [Docs. 40, 105]. The Defendant's present motions are frivolous and are therefore denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's "Motion to Void Any Proceeding in this Case after November 9, 2007 as Unconstitutional …"

[Doc. 106] and Defendant's Motion to Challenge Jurisdiction…" [Doc. 111] are **DENIED AND DISMISSED**.

**IT IS SO ORDERED.**

Signed: February 14, 2018

Martin Reidinger
United States District Judge