# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:08-cr-00016-MR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| MATTHEW JAMES DURY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court upon the Defendant's "Motion to Change Supervised Release Location . . . and Legal Name Change on Release" [Doc. 161].

The Defendant requests that the Court enter an order transferring jurisdiction over his term of supervised release to the District of Colorado and changing his name and Social Security number. [Doc. 161].

The Defendant is currently incarcerated and serving a 204-month term. According to the Bureau of Prisons, the Defendant's current projected release date is February 2024. The Defendant has not yet been released to a halfway house and thus his term of supervision has not commenced. Moreover, the preparations for the Defendant's release have not yet begun,

and thus no determination has yet been made as to the district to which the Defendant will be released. Accordingly, his motion for a transfer of jurisdiction related to his term of supervised release is premature. This issue can be addressed administratively prior to Defendant's release, and if the Defendant is placed in a halfway house or other type of community placement, the Defendant may then ask his supervising probation officer to request a transfer of jurisdiction by the Court.

The Defendant's request for an order changing his name and Social Security number are matters that are within the jurisdictions of other courts or administrative agencies. This Court has no jurisdiction over such matters. Therefore, this part of Defendant's motion is hereby denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's "Motion to Change Supervised Release Location . . . and Legal Name Change on Release" [Doc. 161] is **DENIED**.

**IT IS SO ORDERED.**

Signed: December 18, 2019

Martin Reidinger
United States District Judge