THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:08-cr-00016-MR

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| MATTHEW JAMES DURY, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court upon the Defendant's "Motion under 8 U.S.C. § 1481(a)(2)(6) and ICC Rome Statute Articles 6-8, 11, 12, and 13" [Doc. 174].

In the present motion, the Defendant moves the Court to remand him to the International Criminal Court so that he may serve the remainder of his prison sentence at the Dutch Embassy in Washington, D.C. or in a prison in The Hague. [Doc. 174 at 2]. The Defendant also purports to renounce his United States citizenship. [Id.].

The Defendant's motion is frivolous and legally baseless and is therefore denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's "Motion under 8 U.S.C. § 1481(a)(2)(6) and ICC Rome Statute Articles 6-8, 11, 12, and 13" [Doc. 174] is **DENIED**.

**IT IS SO ORDERED.**

Signed: April 24, 2020

Martin Reidinger
United States District Judge