THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:08-cr-00016-MR

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **O R D E R** |
| MATTHEW JAMES DURY, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court upon the Defendant's "Motion for Remand to ICC Custody" [Doc. 178].

The Defendant moves the Court to remand him to the custody of the International Criminal Court. The Defendant's motion is frivolous and legally baseless and is therefore denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's "Motion for Remand to ICC Custody" [Doc. 178] is **DENIED**.

**IT IS SO ORDERED.**

Signed: May 18, 2020

Martin Reidinger
United States District Judge