THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:08-cr-00016-MR

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | <u>O R D E R</u> |
| ) | |
| MATTHEW JAMES DURY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court upon the Defendant's "Motion to Be Remanded to ICC Custody" [Doc. 199].

The Defendant again moves the Court to remand him to the custody of the International Criminal Court in order "to face genocide charges while in the CIA." [<u>Id.</u> at 1]. The Defendant's motion is frivolous and legally baseless and is therefore denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's "Motion to Be Remanded to ICC Custody" [Doc. 199] is **DENIED**.

**IT IS SO ORDERED.**

Signed: March 29, 2021

Martin Reidinger
Chief United States District Judge