# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:08-cr-00016-MR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| MATTHEW JAMES DURY, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court upon the Defendant's "Motion to Stop This Court from Ordering Petitioner to Violate Federal Law" [Docs. 204, 205].[1]

In the present motion, the Defendant again asserts that he is not actually a United States citizen and that requiring him to be on U.S. soil upon his release from prison will violate federal law. [Docs. 204, 205]. The Defendant's "motion" is frivolous and legally baseless and is therefore denied.

---

[1] Documents 204 and 205 are virtually identical to one another and therefore will be treated as the same motion.

**IT IS, THEREFORE, ORDERED** that the Defendant's "Motion to Stop This Court from Ordering Petitioner to Violate Federal Law" [Docs. 204, 205] is **DENIED**.

**IT IS SO ORDERED.**

Signed: October 26, 2021

Martin Reidinger
Chief United States District Judge