THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:08-cr-00016-MR

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| MATTHEW JAMES DURY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court upon the Defendant's "Motion to Stop This Court from Ordering Petitioner to Violate Federal Law 'Newly Discovered Evidence" [Doc. 208] and the Defendant's "Motion for U.S. Clerk of Court to Send a Copy of Document 206 as It Was Seized by Bureau of Prisons Counselor Weise" [Doc. 213].

In the Defendant's motion [Doc. 208], the Defendant again asserts that he is not actually a United States citizen and that requiring him to work within the United States with a "false" birth certificate and a "false" Social Security card will violate federal law. [Doc. 208]. The Defendant's motion is frivolous and legally baseless and is therefore denied.

In the Defendant's motion [Doc. 213], the Defendant requests another copy of the Court's October 26, 2021 Order [Doc. 206] on the grounds that

his original copy was wrongfully seized from him by a BOP official and never returned. [Doc. 213]. He further requests that the Court docket his Notice of Appeal. [Id. at 4]. Finally, he requests that the Court "send the ATF, FBI and Dutch Consulate General to [his] cell." [Id.].

With respect to the Defendant's first request, the Court will direct the Clerk to provide the Defendant another copy of the Court's October 26th Order as a courtesy. As for the Defendant's second request, the Court notes that the Defendant's Notice of Appeal was docketed on November 15, 2021. [Doc. 209]. Accordingly, this request is moot. The Defendant's final request is frivolous and legally baseless and is therefore denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's "Motion to Stop This Court from Ordering Petitioner to Violate Federal Law 'Newly Discovered Evidence" [Doc. 208] and the Defendant's "Motion for U.S. Clerk of Court to Send a Copy of Document 206 as It Was Seized by Bureau of Prisons Counselor Weise" [Doc. 213] are both **DENIED**.

The Clerk of Court is respectfully directed to provide a copy of Document 206 to the Defendant as a courtesy.

**IT IS SO ORDERED.**

Signed: December 7, 2021

Martin Reidinger
Chief United States District Judge