**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CRIMINAL CASE NO. 1:08-cr-00016-MR**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**      ) | |
| ) | |
| **Plaintiff,**      ) | |
| ) | |
| **vs.**      ) | **O R D E R** |
| ) | |
| **MATTHEW JAMES DURY,**      ) | |
| ) | |
| **Defendant.**      ) | |
| _____ ) | |

**THIS MATTER** is before the Court upon the Defendant's "Motion for

Clerk of Court to Obey Federal Rules of Appellate Procedure Rule 3(d)(1)

Serving Notice of Appeal." [Doc. 215].

In his motion, the Defendant claims that he was not provided a copy of

the Notice of Appeal that he filed on November 9, 2021.[1]  The Court will direct

the Clerk to provide a courtesy copy of the Notice of Appeal [Doc. 209] to the

Defendant.

_____

[1] The Defendant asserts that his Notice of Appeal was filed on November 8, 2021 [see
Doc. 215 at 1]; however, the envelope in which the Defendant mailed the Notice of Appeal
indicates that the Notice of Appeal was delivered to prison authorities for mailing on
November 9, 2021 [Doc. 209-1].  See Houston v. Lack, 487 U.S. 266, 271-72 (1988)
(establishing the mailbox rule).

**IT IS, THEREFORE, ORDERED** that the Defendant's "Motion for Clerk of Court to Obey Federal Rules of Appellate Procedure Rule 3(d)(1) Serving Notice of Appeal" [Doc. 215] is **DENIED AS MOOT**.

The Clerk of Court is respectfully directed to provide a copy of the Notice of Appeal [Doc. 209] to the Defendant.

**IT IS SO ORDERED.**

Signed: December 8, 2021

Martin Reidinger
Chief United States District Judge