THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:08-cr-00016-MR

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| MATTHEW JAMES DURY, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Defendant's "Motion in Response to Document 238" [Doc. 240] and the Defendant's "Motion to This Court to Clearify [sic] the Validity of 18 U.S.C. § 1028(a)(1)(3)(4)(A)(ii)" [Doc. 241].

In the first of these motions, the Defendant offers a "response" to the Court's Order denying two of the Defendant's prior motions as unauthorized, successive petitions pursuant to 28 U.S.C. § 2255. [Doc. 240]. In his second motion, the Defendant seeks clarification regarding the validity of § 1028, which criminalizes the fraudulent use of identification documents. [Doc. 241]. Neither of these motions seeks cognizable relief and are frivolous. Accordingly, the Defendant's motions are denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's "Motion in Response to Document 238" [Doc. 240] and the Defendant's "Motion to This Court to Clearify [sic] the Validity of 18 U.S.C. § 1028(a)(1)(3)(4)(A)(ii)" [Doc. 241] are **DENIED**.

**IT IS SO ORDERED.** Signed: May 25, 2023

Martin Reidinger
Chief United States District Judge